Kenneth GIBSON, Plaintiff-Appellant,

v.

Donnie HARRISON, Wake County Sheriff; Officer K. Meyer, Wake County Detention Center; Dr. Umesi; Major P. Williams; Wake County Detention Center; Assistant Director Higdon, Wake County Detention Center; D. Bowen; Wake County Sheriff Department, Defendants-Appellees,

and

State of North Carolina; Wake County Detention Center, Defendants.

No. 17-7297

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Kenneth Gibson, Appellant Pro Se. John Albert Maxfield, WAKE COUNTY ATTORNEY'S OFFICE, Raleigh, North Carolina, for Appellees.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

her complaint, and she failed to do so. *Cf. Goode*, 807 F.3d at 629-30.

PER CURIAM:

Kenneth Gibson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gibson v. Harrison*, No. 5:15-ct-03055-FL, 2017 WL 4126980 (E.D.N.C. Sept. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*